# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2007

134512

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

KURTIS LANE MIDDLETON,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134512
COA: 268265
Oakland CC: 2005-203176-FH

On order of the Court, the application for leave to appeal the June 5, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2007

_____
Clerk

p1128